UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.  4:10-cv-00486-SPM-WCS

SCOTT CARSWELL, JULIE CARSWELL,
KENT McCOY, JANINE McCOY, and
ROBERT HOWARD, individually and as
representatives of similarly situated persons,

       Plaintiffs,

vs.

LISA ECHEVERRI, as Executive Director of
the Florida Department of Revenue, acting in
her official capacity, and BP, plc; BP
PRODUCTS NORTH AMERICA, INC.; BP
AMERICA, INC.; BP EXPLORATION AND
PRODUCTION, INC.; BP AMERICAN
PRODUCTION COMPANY.; TRANSOCEAN,
LTD.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER, INC.,
TRANSOCEAN HOLDINGS, LLC; TRITON
ASSET LEASING GMBH; HALLIBURTON
ENERGY SERVICES, INC.; CAMERON
INTERNATIONAL CORPORATION f/k/a
COOPER CAMERON CORPORATION.;
ANADARKO PETROLEUM
CORPORATION.; ANADARKO E & P
COMPANY, L.P.; MOEX OFFSHORE 2007,
L.L.C.; M-I, LLC; DRIL-QUIP, INC.; MITSUI
OIL EXPLORATION; and HYUNDAI HEAVY
INDUSTRIES CO. LTD., INC.,

       Defendants.
_____/

## NOTICE OF APPEARANCE

Arthur J. Laplante, Esq. of the Law Firm of Hinshaw & Culbertson LLP hereby files this, his Notice of Appearance on behalf of the Defendants, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN

18478917v1 0917083 73724

*Case No.: 4:10-CV-00486-SPM-WCS*

HOLDINGS LLC, and TRITON ASSET LEASING GmbH.  Please forward copies of all future pleadings and correspondence to the undersigned.

    Dated: November 3, 2010

          HINSHAW & CULBERTSON LLP
          *Attorneys for Defendants*
          *TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC and TRITON ASSET LEASING GmbH*
          One East Broward Boulevard, Suite 1010
          Ft. Lauderdale, Florida 33301
          Telephone: 954-467-7900
          Facsimile: 954-467-1024

          By:    s/<u>Arthur J. Laplante</u>
                   Arthur J. Laplante
                   Florida Bar No. 384501
                   alaplante@hinshawlaw.com

*Case No.: 4:10-CV-00486-SPM-WCS*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               HINSHAW & CULBERTSON LLP
               *Attorneys for Defendants*
               TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC and TRITON ASSET LEASING GmbH
               One East Broward Boulevard, Suite 1010
               Ft. Lauderdale, Florida 33301
               Telephone: 954-467-7900
               Facsimile: 954-467-1024


          By:  s/Arthur J. Laplante
             Arthur J. Laplante
             Florida Bar No. 384501
             alaplante@hinshawlaw.com

*Case No.: 4:10-CV-00486-SPM-WCS*

## SERVICE LIST

### SCOTT CARSWELL, ET AL.
### V
### LISA ECHEVERRI, ET AL.

### CASE NO.: 4:10-cv-00486-SPM-WCS

| | |
|---|---|
| Douglas S. Lyons, Esq.<br>Marsha L. Lyons, Esq.<br>Lyons & Farrar, P.A.<br>325 North Calhoun Street<br>Tallahassee, Florida 32301<br>Tele: (850) 222-8811<br>Fax: (850) 222-5583 | William C. Owen, Esq.<br>William C. Owen, LLC<br>241 Pinewood Drive<br>Tallahassee, Florida 32303<br>Tele: (850) 513-0600<br>Fax: (850) 877-2809 |
| P. Tim Howard, Esq.<br>Howard & Associates, P.A.<br>1471 Timberlane Road Suite 115<br>Tallahassee, Florida 32312<br>Tele: (850) 298-4455<br>Fax: (850) 216-2537 | Samuel T. Adams, Esq.<br>The Law Office of Samuel T. Adams<br>PO Box 191<br>Panama City, Florida 32402-0191<br>Tele: (850) 785-3469<br>Fax: (850) 769-6652 fax |
| Robert Hilliard, Esq.<br>Hilliard, Munoz, Gonzalez, LLP<br>719 S. Shoreline Boulevard, #500<br>Corpus Christi, Texas 78401<br>Tele: (361) 882-1612<br>Fax: (361) 882-3015 | Kenneth Smith, Esq.<br>Sheller, P.C.<br>1528 Walnut Street, 3rd Floor<br>Philadelphia, Pennsylvania 19102<br>Tele: (215) 790-7300<br>Fax: (215) 546-0942 fax |
| James Whatley, Esq.<br>Whatley, Drake and Kallas<br>1000 Park Place Tower<br>2001 Park Place North<br>Birmingham, Alabama 35203<br>Tele: (205) 328-9576<br>Fax: (205) 328-9669 | Lawrence L. Jones, II, Esq.<br>Jasper D. Ward, Esq.<br>Bahe Cook Cantley & Jones, PLC<br>Kentucky Home Life Building, Suite 700<br>239 South Fifth Street<br>Louisville, Kentucky 40202<br>Tele: (502) 587-2002<br>Fax: (502) 587-2006 |

*Case No.: 4:10-CV-00486-SPM-WCS*

| | |
|---|---|
| Daniel E. Becnel, Jr., Esq.<br>Becnel Law Firm, LLC<br>PO Drawer H<br>Reserve, Louisiana 70084<br>Tele: (985) 536-1186<br>Fax: (985) 536-6445 | |

18478917v1  0917083  73724