UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:  4:10-CV-00486-SPM-WCS

SCOTT CARSWELL, JULIE CARSWELL,
KENT McCOY, JANINE McCOY, and
ROBERT HOWARD, individually and as
representatives of similarly situated persons,

     Plaintiffs,

vs.

LISA ECHEVERRI, as Executive Director of
the Florida Department of Revenue, acting in
her official capacity, and BP, plc; BP
PRODUCTS NORTH AMERICA INC.; BP
AMERICA INC.; BP EXPLORATION AND
PRODUCTION INC.; BP AMERICA
PRODUCTION COMPANY; TRANSOCEAN
LTD.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER, INC.;
TRANSOCEAN HOLDINGS, LLC; TRITON
ASSET LEASING GMBH; HALLIBURTON
ENERGY SERVICES, INC.; CAMERON
INTERNATIONAL CORPORATION f/k/a
COOPER CAMERON CORPORATION.;
ANADARKO PETROLEUM
CORPORATION.; ANADARKO E & P
COMPANY, L.P.; MOEX OFFSHORE 2007,
L.L.C.; M-I, LLC; DRIL-QUIP, INC.; MITSUI
OIL EXPLORATION; and HYUNDAI HEAVY
INDUSTRIES CO. LTD., INC.,

     Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT

     Defendants BP Products North America Inc., BP America Inc., BP Exploration &
Production Inc., and BP America Production Company (collectively, "BP Defendants"),

{TL265162;1}

appearing specially through counsel and expressly reserving all defenses, including without limitation all defenses under Rule 12(b), Federal Rules of Civil Procedure, make the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. None of the BP Defendants is publicly-traded.

2. One hundred percent (100%) of the stock of BP Products North America Inc. is indirectly owned by BP America Inc.

3. BP Company North America Inc. is wholly owned by BP Corporation North America Inc.

4. BP Corporation North America Inc. is wholly owned by BP America, Inc.

5. BP America Production Company is an indirect wholly owned subsidiary of BP p.l.c., a corporation organized under the laws of England and Wales.  Shares of BP p.l.c. are publicly-traded via American Depository Shares on the New York Stock Exchange and via ordinary shares on the London Stock Exchange.

6. BP America Inc. is wholly owned by BP Holdings North America Limited, which is in turn 100% wholly owned by BP p.l.c., a corporation organized under the laws of England and Wales.  Shares of BP p.l.c. are publicly-traded via American Depository Shares on the New York Stock Exchange and via ordinary shares on the London Stock Exchange.

7. BP Exploration & Production Inc.'s indirect parent is BP p.l.c., a corporation organized under the laws of England and Wales.  Shares of BP p.l.c. are publicly-traded via American Depository Shares on the New York Stock Exchange and via ordinary shares on the London Stock Exchange.

{TL265162;1}

| | |
|---|---|
| OF COUNSEL:<br>Richard C. Godfrey, P.C.<br>John T. Hickey Jr., P.C.<br>J. Andrew Langan, P.C. (admitted in N.D. Fla.)<br>Wendy L. Bloom (admitted in N.D. Fla.)<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL  60654<br>312-862-2000 (Tel)<br>312-862-2200 (Fax)<br>Attorneys for the BP Defendants | **AKERMAN SENTERFITT**<br>106 East College Avenue, Suite 1200<br>Tallahassee, FL  32301<br>Phone:  (850) 224-9634<br>Fax:  (850) 222-0103<br><br>By: s/ Thomas A. Range<br>J. Riley Davis<br>Florida Bar Number:  118121<br>Thomas A. Range<br>Florida Bar Number:  568651<br>Attorneys for the BP Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed on November 12, 2010 via CM/ECF, which will send a copy of this filing via electronic mail to all attorneys of record.

s/ Thomas A. Range

{TL265162;1}