UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:10-cv-00486-SPM-WCS

SCOTT CARSWELL, JULIE  \*
CARSWELL, KENT McCOY, JANINE  \*
McCOY, and ROBERT HOWARD,  \*
individually and as representatives of  \*
similarly situated persons,  \*
   \*
   Plaintiffs,  \*
   \*
v.  \*
   \*
LISA ECHEVERRI, as Executive  \*
Director of the Florida Department of  \*
Revenue, acting in her official capacity,  \*
and BP, plc; BP PRODUCTS NORTH  \*
AMERICA, INC.; BP AMERICA, INC.;  \*
BP EXPLORATION AND  \*
PRODUCTION, INC.; BP AMERICAN  \*
PRODUCTION COMPANY;  \*
TRANSOCEAN, LTD.; TRANSOCEAN  \*
OFFSHORE DEEPWATER  \*
DRILLING, INC.; TRANSOCEAN  \*
HOLDINGS, LLC; TRITON ASSET  \*
LEASING GMBH; HALLIBURTON  \*
ENERGY SERVICES, INC.;  \*
CAMERON INTERNATIONAL  \*
CORPORATION f/k/a COOPER  \*
CAMERON CORPORATION;  \*
ANADARKO PETROLEUM  \*
CORPORATION; ANADARKO E & p  \*
COMPANY, L.P.; MOEX OFFSHORE  \*
2007, L.L.C.; M-I, LLC; DRIL-QUIP,  \*
INC.; MITSUI OIL EXPLORATION;  \*
and HYUNDAI HEAVY INDUSTRIES
CO. LTD., INC.,

   Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CORPORATE DISCLOSURE STATEMENT**
**ON BEHALF OF HALLIBURTON ENERGY SERVICES, INC.**

-2-

Defendant Halliburton Energy Services, Inc. ("HESI") submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. HESI submits this disclosure in good faith, while reserving its right to challenge service of process under Rule 12 of the Federal Rules of Civil Procedure.

HESI certifies that:

1. HESI is a one-hundred percent (100%) wholly-owned subsidiary of Halliburton Company;

2. Halliburton Company is publicly traded in the New York Stock Exchange; and

3. No other company or individual owns 10% or more of the stock of Halliburton Company.

Dated: November 16, 2010.

-3-

| **GODWIN RONQUILLO PC** | **BROAD AND CASSEL** |
|---|---|
| By: /s/ Donald E. Godwin | By: /s/ Mark M. Barber |
| Donald E. Godwin | Steven G. Burton |
| Attorney in Charge | Florida Bar Number 0793167 |
| Texas Bar Number 08056500 | sburton@broadandcassel.com |
| dgodwin@godwinronquillo.com | Mark M. Barber |
| Bruce W. Bowman, Jr. | Florida Bar Number 0573701 |
| Texas Bar Number 02752000 | mbarber@broadandcassel.com |
| bbowman@godwinronquillo.com | |
| Jenny L. Martinez | Regions Bank Building |
| Texas Bar Number 24013109 | 100 North Tampa Street, Suite 3500 |
| jmartinez@godwinronquillo.com | Tampa, Florida 33602 |
| Gavin E. Hill | Telephone: 813.225.3020 |
| Texas Bar Number 00796756 | Facsimile: 813.225.3039 |
| ghill@godwinronquillo.com | |
| Floyd R. Hartley, Jr. | Ginger Lynne Barry |
| Texas Bar Number 00798242 | Florida Bar Number 0294550 |
| fhartley@godwinronquillo.com | gbarry@broadandcassel.com |
| | Regions Bank Building |
| 1201 Elm Street, Suite 1700 | 200 Grand Boulevard, Suite 205A |
| Dallas, Texas 75270-2041 | Destin, Florida 32550 |
| Telephone: 214.939.4400 | Telephone: 850.269.0148 |
| Facsimile: 214.760.7332 | Facsimile: 850.521.1472 |

and

R. Alan York,
Texas Bar Number 22167500
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

Counsel for Halliburton Energy Services, Inc.

-4-

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

    /s/ Mark M. Barber
Mark M. Barber