UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:  4:10-cv-00486-SPM-WCS

SCOTT CARSWELL, JULIE CARSWELL,
KENT McCOY, JANINE McCOY, and
ROBERT HOWARD, individually and as
representatives of similarly situated persons,

     Plaintiffs,

vs.

LISA ECHEVERRI, as Executive Director of
the Florida Department of Revenue, acting in
her official capacity, and BP, plc; BP
PRODUCTS NORTH AMERICA INC.; BP
AMERICA INC.; BP EXPLORATION AND
PRODUCTION INC.; BP AMERICA
PRODUCTION COMPANY; TRANSOCEAN
LTD.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER, INC.;
TRANSOCEAN HOLDINGS, LLC; TRITON
ASSET LEASING GMBH; HALLIBURTON
ENERGY SERVICES, INC.; CAMERON
INTERNATIONAL CORPORATION f/k/a
COOPER CAMERON CORPORATION.;
ANADARKO PETROLEUM
CORPORATION.; ANADARKO E & P
COMPANY, L.P.; MOEX OFFSHORE 2007,
L.L.C.; M-I, LLC; DRIL-QUIP, INC.; MITSUI
OIL EXPLORATION; and HYUNDAI HEAVY
INDUSTRIES CO. LTD., INC.,

     Defendants.
_____/

**BP DEFENDANTS' AMENDED RULE 7.1(B) CONFERENCE STATEMENT
REGARDING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS**

     Defendants BP Products North America Inc., BP America Inc., BP Exploration &

Production Inc., and BP America Production Company (collectively, "BP Defendants"),

{TL265892;1}

appearing specially through counsel and expressly reserving all defenses, including without limitation all defenses under Rule 12(b), Federal Rules of Civil Procedure, submit this amended conference statement regarding the BP Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation ("Motion for Stay") (Doc. 16). Counsel for the Plainitffs and the BP Defendants have continued to confer regarding the relief requested in the Motion for Stay, and the BP Defendants have been advised that Plainitffs intend to file a motion for remand in this action. Based on these conferences, the BP Defendants hereby submit this amended conference statement as follows:

1. Plaintiffs **consent** to the BP Defendants' request for an extension of the responsive pleading deadline in this action as set forth in the Motion for Stay (*i.e.*, until the earlier of (1) the transfer of this matter to MDL 2179 upon the Panel's denial of the Oppositions to Transfer; or (2) 21 days after entry of an order granting the Oppositions to Transfer).

2. However, Plaintiffs **oppose** the BP Defendants' request for a stay of all other proceedings as set forth in the Motion for Stay.

| | |
|---|---|
| OF COUNSEL:<br>Richard C. Godfrey, P.C.<br>John T. Hickey Jr., P.C.<br>J. Andrew Langan, P.C. (admitted N.D. Fla.)<br>Wendy L. Bloom (admitted N.D. Fla.)<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL  60654<br>312-862-2000 (Tel)<br>312-862-2200 (Fax)<br>Attorneys for the BP Defendants | **AKERMAN SENTERFITT**<br>106 East College Avenue, Suite 1200<br>Tallahassee, FL  32301<br>Phone:  (850) 224-9634<br>Fax:  (850) 222-0103<br><br>By: s/ Thomas A. Range<br>J. Riley Davis<br>Florida Bar Number:  118121<br>Thomas A. Range<br>Florida Bar Number:  568651<br>Attorneys for the BP Defendants |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been filed on November 22, 2010 via CM/ECF, which will send a copy of this filing via electronic mail to all attorneys of record.

s/ Thomas A. Range