UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:  4:10-cv-00486-SPM-WCS

SCOTT CARSWELL, JULIE CARSWELL,
KENT McCOY, JANINE McCOY, and
ROBERT HOWARD, individually and as
representatives of similarly situated persons,

     Plaintiffs,

vs.

LISA ECHEVERRI, as Executive Director of
the Florida Department of Revenue, acting in
her official capacity, and BP, plc; BP
PRODUCTS NORTH AMERICA INC.; BP
AMERICA INC.; BP EXPLORATION AND
PRODUCTION INC.; BP AMERICA
PRODUCTION COMPANY; TRANSOCEAN
LTD.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER, INC.;
TRANSOCEAN HOLDINGS, LLC; TRITON
ASSET LEASING GMBH; HALLIBURTON
ENERGY SERVICES, INC.; CAMERON
INTERNATIONAL CORPORATION f/k/a
COOPER CAMERON CORPORATION.;
ANADARKO PETROLEUM
CORPORATION.; ANADARKO E & P
COMPANY, L.P.; MOEX OFFSHORE 2007,
L.L.C.; M-I, LLC; DRIL-QUIP, INC.; MITSUI
OIL EXPLORATION; and HYUNDAI HEAVY
INDUSTRIES CO. LTD., INC.,

     Defendants.
_____/

## BP DEFENDANTS' JOINDER IN NOTICE OF REMOVAL

Defendants BP Products North America Inc., BP America Inc., BP Exploration & Production Inc., and BP America Production Company (collectively, "BP Defendants"),

{TL265647;1}

appearing specially through counsel and expressly reserving all defenses, including without limitation all defenses under Rule 12(b), Federal Rules of Civil Procedure, hereby join in the Notice of Removal filed by Defendants Transocean Offshore Deepwater, Inc., Triton Asset Leasing GMBH, Transocean Deepwater, Inc., and Transocean Holdings, LLC (Doc. 1).

| OF COUNSEL: | **AKERMAN SENTERFITT** |
|---|---|
| Richard C. Godfrey, P.C. | 106 East College Avenue, Suite 1200 |
| John T. Hickey Jr., P.C. | Tallahassee, FL  32301 |
| J. Andrew Langan, P.C. (admitted N.D. Fla.) | Phone:  (850) 224-9634 |
| Wendy L. Bloom (admitted N.D. Fla.) | Fax:  (850) 222-0103 |
| Kirkland & Ellis LLP | |
| 300 North LaSalle Street | By: s/ Thomas A. Range |
| Chicago, IL  60654 | J. Riley Davis |
| 312-862-2000 (Tel) | Florida Bar Number:  118121 |
| 312-862-2200 (Fax) | Thomas A. Range |
| Attorneys for the BP Defendants | Florida Bar Number:  568651 |
| | Attorneys for the BP Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed on November 22, 2010 via CM/ECF, which will send a copy of this filing via electronic mail to all attorneys of record.

s/ Thomas A. Range

{TL265647;1}                                     2