UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL, JULIE CARSWELL,
KENT McCOY, JANINE McCOY, and ROBERT
HOWARD, individually and as representatives of
similarly situated persons,

Plaintiffs,

CASE NO.:4:10-cv-00486- SPM-WCS

vs.

LISA ECHEVERRI, as Executive Director of the
Florida Department of Revenue, acting in her
official capacity, and BP, plc; BP PRODUCTS
NORTH AMERICA, INC.; BP AMERICA,
INC.; BP EXPLORATION AND
PRODUCTION, INC.; BP AMERICAN
PRODUCTION COMPANY; TRANSOCEAN,
LTD; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER,
INC.;TRANSOCEAN HOLDINGS, LLC;
TRITON ASSET LEASING GMBH;
HALLIBURTON ENERGY SERVICES, INC.;
CAMERON INTERNATIONAL
CORPORATION f/k/a COOPER CAMERON
CORPORATION; ANDARKO PETROLEUM
CORPORATION; ANDARKO E&P
COMPANY, L.P.; MOEX OFFSHORE 2007,
LLC; M-I, LLC; DRIL-QUIP, INC.; MITSUI
OIL EXPLORATION; and HYUNDAI HEAVY
INDUSTRIES CO., LTD., INC.,

Defendants.

<u>Defendant Florida Department of Revenue's Motion to Expedite the Consideration of the
Defendant Florida Department of Revenue's Motion to Dismiss and in the Alternative Remand</u>

Defendant Lisa Echeverri, as Executive Director of the Florida Department of Revenue, acting in her official capacity (hereinafter "the Florida Department of Revenue"), by and through her undersigned counsel, respectfully requests this Court to expedite its consideration of

Defendant Florida Department of Revenue's Motion to Dismiss and in the Alternative Remand and states as follows:

1. The Florida Department of Revenue is an agency of the state of Florida and is a Defendant in this proceeding. The Florida Department of Revenue did not bring this action in state court, did not seek to have the issues concerning the Florida Department of Revenue removed to this Court, and as it relates to the Florida Department of Revenue and it is respectfully submitted that this Court lacks jurisdiction over this matter. The lack of jurisdiction is based upon the Eleventh Amendment, the Tax Injunction Act, 28 U.S.C. Section 1341, and the principle of comity, together with the other grounds set forth in the Florida Department of Revenue's Motion to Dismiss and/or Remand filed simultaneously with the Motion to Expedite and Rescind the Stay herein.

2. Plaintiffs filed this lawsuit in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida. On November 1, 2010, Defendants, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH ("Transocean/Triton Defendants"), removed this lawsuit to this Court claiming that there was federal jurisdiction. On November 10, 2010 the Transocean/Triton Defendants filed an Amended Notice of Removal claiming that there was "federal question" jurisdiction.

3. On November 10, 2010 the MDL court in New Orleans entered Conditional Transfer Order no. 6 ("CTO-6") (Dkt. no. 333) conditionally transferring this case, and in response the Florida Department of Revenue timely filed a Notice of Opposition on November 15, 2010 (Dkt. no. 347).

4. On November 16, 2010 Defendants BP Products North America Inc., BP America Inc., BP Exploration & Production Inc., and BP America Production Company (collectively, "BP

2

Defendants"), filed an "Unopposed Motion to Stay," and requested that this Court stay the proceedings and suspend all responsive pleading and answer deadlines in this case pending the resolution by the Judicial Panel on Multidistrict Litigation ("Panel" or "JPML") of the pending oppositions to transfer to MDL 2179 filed by the Plaintiffs and the Florida Department of Revenue.  In addition, Defendant Halliburton Energy Services, Inc. ("HESI") filed a joinder to the BP Defendants' Unopposed Motion to Stay.

5.  The Florida Department of Revenue was not contacted by the BP Defendants and HESI before these Defendants filed the Unopposed motion to stay and joinder, respectively, on November 16, 2010.  Furthermore, the Florida Department of Revenue did not consent to these filings by both of these parties in this proceeding.

6.  On November 30, 2010 the Florida Department of Revenue filed in this Court a Motion to Dismiss and/or Remand which has not yet been decided.

7.  As set forth in the Florida Department of Revenue's Motion to Dismiss and/or Remand the jurisdictional issues before this Court are simple and straightforward.

8.  The potential disruption and harm to the property tax system in the state of Florida is real.  The operation of school districts, the payment of bond issues, the operation of local government, including police, fire, health, water, and sewer could be adversely affected by any delay in the yearly process of valuation, assessment and collection of the taxes involved.  The budgetary process of school districts, special districts, water management districts, counties and municipalities are an integral component of this yearly process.

9.  The most recent tax data available is for tax year 2009.  In 2009, there were 9,960,388 real property parcels in the state.  In 2009, the total taxable value for school districts was

$1,615,844,484,447. In 2009, the county taxable value was $1,513,040,958,619. Total taxes levied by all school districts and local governments was $28,093,543,970.

WHEREFORE, for all of the foregoing reasons, the Florida Department of Revenue requests this Court to expedite the Consideration of the Defendant Florida Department of Revenue's Motion to Dismiss and in the Alternative Remand.

### CONFERENCE PURSUANT TO N.D. FLA. LOC. R. 7.1(B)

Before filing this motion, counsel for the Florida Department of Revenue conferred with counsel for Plaintiffs and the remaining Defendants in a good faith effort to resolve the issues raised herein, and counsel for Plaintiffs and the remaining Defendants have advised that Plaintiffs and the remaining Defendants oppose the relief requested in this motion.

Respectfully submitted,

BILL McCOLLUM
ATTORNEY GENERAL

/s/   Jonathan A. Glogau
Jonathan A. Glogau
Chief, Complex Litigation
Fla. Bar No. 371823
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300, ext. 4817
850-414-9650 (fax)
jon.glogau@myfloridalegal.com

Joseph C. Mellichamp, III
Chief, Revenue Litigation Bureau
Florida Bar No. 133249
Office of the Attorney General
The Capitol,
PL-01 Tallahassee, FL 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Joe.Mellichamp@myfloridalegal.com

Counsel for Defendant Lisa Echeverri

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2010, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on all counsel of record.

                                        /s/ Jonathan A. Glogau
                                             Attorney