IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL, et al.,

    Plaintiffs,

v.                                     CASE NO.: 4:10cv486-SPM/WCS

LISA ECHEVERRI, et al.,

    Defendants.
_____/

### ORDER EXTENDING TIME TO RESPOND

Upon consideration, the unopposed motions for extension of time to respond to the amended complaint (docs. 19 and 22) are granted. Defendant Cameron and Haliliburton Energy Services, Inc. shall have thirty days following the Court's ruling on the motion to stay to respond to the amended complaint.

SO ORDERED this 2nd day of December, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge