IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL, et al.,

    Plaintiffs,

v.                                  CASE NO.: 4:10cv486-SPM/WCS

LISA ECHEVERRI, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME FOR BP DEFENDANTS TO RESPOND

Upon consideration of the amended rule 7.1(b) conference statement (doc. 20), the BP Defendants' time to respond to the amended complaint is extended to the earlier of (1) the transfer of this case to the MDL panel or (2) 21 days after entry of an order granting the Oppositions to Transfer.

SO ORDERED this 3rd day of December, 2010.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge