UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL and JULIE CARSWELL,
Husband and Wife, KENT MCCOY and
JANNINE MCCOY, Husband and Wife,
and ROBERT HOWARD individually,
Individually and as Representatives of
similarly situated persons,

    Plaintiffs,

v.                                                                                              Case No. 4:10-CV-00486

LISA ECHEVERRI, as Executive
Director of the Florida Department of
Revenue, acting in her official capacity, and
BP, plc; BP PRODUCTS NORTH
AMERICA, INC.; BP AMERICA, INC.;
BP EXPLORATION AND PRODUCTION,
INC.; BP AMERICAN PRODUCTION
COMPANY; TRANSOCEAN, LTD.;
et al,

    Defendants.
_____/

## PLAINTIFFS' RESPONSE TO BP DEFENDANTS' JOINDER IN NOTICE OF REMOVAL

Plaintiffs, by and through their undersigned counsel hereby file their response to Joinder In Notice Of Removal (Doc. 21) filed by defendants BP Products North America Inc., BP America Inc., BP Exploration & Production, Inc., and BP American Production Company (collectively "BP" Defendants") and in support hereof state:

1,    Plaintiffs hereby adopt and specifically incorporate by reference their Motion To Remand (Doc. 22) filed by plaintiffs with respect to Notice of Removal filed by the Transocean Defendants (Doc. 1), inclusive of the request for attorney's fees and costs.

2. Plaintiffs likewise hereby adopt and specifically incorporate by reference the Memorandum of Law filed by plaintiffs in support of their Motion To Remand, which memorandum is included as a part thereof.

3. Pursuant to Local Rule 7.1(B), counsel for plaintiffs has conferred in good faith with counsel for defendants to resolve by agreement the issues underlying the request for relief contained in this response but such efforts were unsuccessful.

WHEREFORE, to the extent the Notice Of Removal filed by the Transocean Defendants has been adopted by and joined in by the BP Defendants, Plaintiffs request that the matter be remanded to the Circuit Court In And For Leon County, Florida.

/s/ William C. Owen
William C. Owen, Esq.
William C. Owen, LLC
241 Pinewood Drive
Tallahassee, Florida 32303
Fla. Bar No. 105417
(850) 513-0600
(850) 877-2809 fax

Talbot D'Alemberte, Esq.
Patsy Palmer, Esq.
D'Alemberte & Palmer, PLLC
P.O. Box 10029
Tallahassee, Florida 32302
850-325-6292

Douglas S. Lyons, Esq.
Fla. Bar No. 128277
Marsha L. Lyons, Esq.
Fla. Bar No. 128281
Lyons & Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811
(850) 222-5583 fax

P. Tim Howard, Esq.
Howard & Associates, P.A.
1471 Timberlane Road
Suite 115
Tallahassee, Florida 32312
(850) 298-4455
(850) 216-2537 fax

James G. Feiber, Jr., Esq.
Salter Feiber Murphy Hutson
 & Menet P.A.
P. O. Box 357399
Gainesville, Florida 32635
(352) 37608201
(352) 376-7996 Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of December 2010, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ William C. Owen
William C. Owen