UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL, JULIE CARSWELL,
KENT McCOY, JANINE McCOY, and ROBERT
HOWARD, individually and as representatives of
similarly situated persons,

Plaintiffs,

CASE NO.:4:10-cv-00486- SPM-WCS

vs.

LISA ECHEVERRI, as Executive Director of the
Florida Department of Revenue, acting in her
official capacity, and BP, plc; BP PRODUCTS
NORTH AMERICA, INC.; BP AMERICA,
INC.; BP EXPLORATION AND
PRODUCTION, INC.; BP AMERICAN
PRODUCTION COMPANY; TRANSOCEAN,
LTD; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER,
INC.;TRANSOCEAN HOLDINGS, LLC;
TRITON ASSET LEASING GMBH;
HALLIBURTON ENERGY SERVICES, INC.;
CAMERON INTERNATIONAL
CORPORATION f/k/a COOPER CAMERON
CORPORATION; ANDARKO PETROLEUM
CORPORATION; ANDARKO E&P
COMPANY, L.P.; MOEX OFFSHORE 2007,
LLC; M-I, LLC; DRIL-QUIP, INC.; MITSUI
OIL EXPLORATION; and HYUNDAI HEAVY
INDUSTRIES CO., LTD., INC.,

Defendants.

Defendant Florida Department of Revenue's
Notice of Amendment to N.D. Fla. Loc. R. 7.1(B) Conference

Defendant Lisa Echeverri, as Executive Director of the Florida Department of Revenue, acting in her official capacity (hereinafter "the Florida Department of Revenue"), by and through her undersigned counsel, hereby files this Notice of Amendment to Northern District of Florida

Local Rule 7.1(B) Conference as filed in the Florida Department of Revenue's Motion to Expedite the Consideration of the Defendant Florida Department of Revenue's Motion to Dismiss and in the Alternative Remand (Florida Department of Revenue's Motion to Expedite) (Dkt # 27).

The Florida Department of Revenue reports the following as Halliburton Energy Services, Inc.'s position on the relief sought by the Florida Department of Revenue in both the Florida Department of Revenue's Motion to Expedite and in the Florida Department of Revenue's Motion to Dismiss and in the Alternative Remand (Dkt # 26):

### AMENDED CONFERENCE PURSUANT TO N.D. FLA. LOC. R. 7.1(B)

Counsel for the Florida Department of Revenue has further conferred with counsel for Halliburton Energy Services, Inc. ("HESI") regarding the Florida Department of Revenue's Motion to Dismiss and in the Alternative Remand, as well as the Florida Department of Revenue's Motion to Expedite.  Counsel for HESI has advised counsel for the Florida Department of Revenue and further authorized counsel for the Florida Department of Revenue to state the following as its position with respect to both the Florida Department of Revenue's Motion to Expedite and Motion to Dismiss and in the Alternative Remand:

> Counsel for HESI has advised counsel for the Department that, while it may not agree with every ground for dismissal as stated in the Department's Motion, HESI does not oppose the dismissal of this case as requested in the Department's Motion.  Specifically, HESI agrees that dismissal is appropriate under Article III of the Constitution for lack of a justiciable controversy and plaintiffs' lack of standing, as well as the Tax Injunction Act and the Eleventh Amendment.  HESI has advised that its non-opposition to the dismissal of this case as sought in the Department's Motion is not intended to waive HESI's support of the transfer and consolidation of this case pursuant to Conditional Transfer Order No. 6 of the Judicial Panel on Multidistrict Litigation, filed in MDL No. 2179 on November 10, 2010, nor is it intended to waive HESI's request for stay pending the determination of such transfer,

as requested by HESI in D.E. 17.  HESI opposes remand of this case to state court.

        Respectfully submitted,

        BILL McCOLLUM
        ATTORNEY GENERAL

        /s/   Jonathan A. Glogau_____
        Jonathan A. Glogau
        Chief, Complex Litigation
        Fla. Bar No. 371823
        PL-01, The Capitol
        Tallahassee, FL 32399-1050
        850-414-3300, ext. 4817
        850-414-9650 (fax)
        jon.glogau@myfloridalegal.com

        Joseph C. Mellichamp, III
        Chief, Revenue Litigation Bureau
        Florida Bar No. 133249
        Office of the Attorney General
        The Capitol,
        PL-01 Tallahassee, FL 32399-1050
        (850) 414-3300
        (850) 410-2672 (fax)
        Joe.Mellichamp@myfloridalegal.com

        Counsel for Defendant Lisa Echeverri

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2010, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on all counsel of record.

        /s/ Jonathan A. Glogau
        Attorney