UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL, JULIE CARSWELL,
KENT McCOY, JANINE McCOY, and
ROBERT HOWARD, individually and as
Representatives of similarly situated persons,

    Plaintiffs,

vs.                                                CASE NO.: 4:10-cv-00486-SPM-WCS

LISA ECHEVERRI, as Executive Director of
the Florida Department of Revenue, acting in
her official capacity, et al.

    Defendants.

## UNOPPOSED MOTION OF HYUNDAI HEAVY INDUSTRIES CO., LTD. FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Hyundai Heavy Industries Co., Ltd. ("HHI"), named as "Hyundai Heavy Industries Co., Ltd., Inc.," moves the Court for an order extending HHI's time to respond to the First Amended Complaint until thirty (30) days following the Court's ruling on the pending Motion For Stay of Proceedings [DE 16].[1] Plaintiffs do not oppose this motion.

Many of the grounds for this motion are essentially the same as the grounds for the motions of Halliburton Energy Services, Inc., [DE 22] and Cameron Internal Corporation [DE 19], which motions the Court granted on December 2, 2010. [DE 28] Simply stated to avoid undue repetition given the similar, previously granted motions, BP has moved to stay this action

---

[1] HHI reserves all objections and defenses that it might raise in a responsive pleading, and any and all claims it may have, including, without limitation, any available cross claims. An extension of time does not work a waiver of any such matters. *See, e.g., Kramer v. MRT, LLC,* 2008 WL 877211 (S.D. Fla. 2008) (Because a motion for extension "is not a Rule 12 Motion or an Answer," matters that would have been waived if not asserted in such a motion or Answer are not waived by receiving an extension of time to respond to the Complaint.); *Alliant Group, L. P. v. Feingold,* 2009 WL 1109093 (S.D. Tex. 2009) (to the same effect).

17878942.1

pending a final determination by the Judicial Panel on Multidistrict Litigation ("JPML") of whether to transfer this action to MDL 2179, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (E.D. La.), to which hundreds of cases have been transferred. This action is among the subjects of JPML Conditional Transfer Order No. 6 ("CTO #6"). However, plaintiffs herein and a defendant herein, Lisa Echeverri, have moved to vacate CTO #6 as to this action. Those motions are currently pending before the JPML and should be disposed of reasonably soon.

If transferred, this action will be subject to consolidated pleadings and a coordinated schedule. Any response to the First Amended Complaint filed by HHI in this Court would be duplicative and a waste of resources. There is no prejudice to any party in granting the relief sought. Plaintiffs agree to the requested extension.

### Certificate Of Good Faith Conference With Opposing Counsel

Pursuant to Local Rule 7.1(B), counsel for HHI certify that they have conferred with counsel for plaintiffs, and that counsel for plaintiffs *do not* oppose the granting of this motion.

/s/ Robert Pass
ROBERT PASS
Florida Bar No. 0183169
CARLTON FIELDS, P.A.
215 S. Monroe Street, Suite 500
Tallahassee, FL 32301-1866
Telephone:   (850) 224-1585
Facsimile:   (850) 222-0398
*Attorneys for Hyundai Heavy Industries Co., Ltd.*

17878942.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed on December 8, 2010, with the Clerk of the Court using the CM/ECF system, which will send a copy of this filing via electronic mail to all attorneys of record.

/s/ Robert Pass

17878942.1