UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL, JULIE CARSWELL,
KENT McCOY, JANINE McCOY, and ROBERT
HOWARD, individually and as representatives of
similarly situated persons,

Plaintiffs,

CASE NO.:4:10-cv-00486- SPM-WCS

vs.

LISA ECHEVERRI, as Executive Director of the
Florida Department of Revenue, acting in her
official capacity, and BP, plc; BP PRODUCTS
NORTH AMERICA, INC.; BP AMERICA,
INC.; BP EXPLORATION AND
PRODUCTION, INC.; BP AMERICAN
PRODUCTION COMPANY; TRANSOCEAN,
LTD; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER,
INC.;TRANSOCEAN HOLDINGS, LLC;
TRITON ASSET LEASING GMBH;
HALLIBURTON ENERGY SERVICES, INC.;
CAMERON INTERNATIONAL
CORPORATION f/k/a COOPER CAMERON
CORPORATION; ANDARKO PETROLEUM
CORPORATION; ANDARKO E&P
COMPANY, L.P.; MOEX OFFSHORE 2007,
LLC; M-I, LLC; DRIL-QUIP, INC.; MITSUI
OIL EXPLORATION; and HYUNDAI HEAVY
INDUSTRIES CO., LTD., INC.,

Defendants.

<u>Defendant State of Florida Department of Revenue's
Motion for Extension of Time to Respond to Transocean Defendants' Motion to Stay
Proceedings Pending MDL Panel's Transfer Ruling</u>

Defendant, the State of Florida Department of Revenue, hereby files this Motion for Extension of Time to respond to the Transocean Defendants' Motion to Stay Proceedings Pending MDL Panel's Transfer Ruling (Dkt. no. 37).

During the morning of December 21, 2010, at approximately 10:14 a.m., a power outage occurred in the downtown area of the City of Tallahassee, Florida. The outage affected the State of Florida Capitol office complex, including the offices of counsel for the State of Florida Department of Revenue, the State of Florida Office of the Attorney General (OAG) and resulted in the loss of the OAG's computer network system for more than 5 hours, including e-mail and access to documents and files pertaining to this case amongst others.

WHEREFORE, for all of the foregoing reasons, the Florida Department of Revenue requests this Court to grant an extension until December 23, 2010 to respond to the Transocean Defendants' Motion to Stay Proceedings Pending MDL Panel's Transfer Ruling.

**CONFERENCE PURSUANT TO N.D. FLA. LOC. R. 7.1(B)**

Before filing this motion, counsel for the State of Florida Department of Revenue conferred with counsel for Plaintiffs and counsel for Transocean and counsel for the Plaintiffs and counsel for Transocean advised that they both do not oppose the relief requested in this motion.

Respectfully submitted,

BILL McCOLLUM
ATTORNEY GENERAL

/s/   Jonathan A. Glogau_____
Jonathan A. Glogau
Chief, Complex Litigation
Fla. Bar No. 371823
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300, ext. 4817
850-414-9650 (fax)
jon.glogau@myfloridalegal.com

Joseph C. Mellichamp, III
Chief, Revenue Litigation Bureau
Florida Bar No. 133249

        Office of the Attorney General
        The Capitol,
        PL-01 Tallahassee, FL 32399-1050
        (850) 414-3300
        (850) 410-2672 (fax)
        Joe.Mellichamp@myfloridalegal.com

        Counsel for Defendant Lisa Echeverri

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 21, 2010, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on all counsel of record.

        /s/ Nicholas Bykowsky
        Attorney