IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL, et al.,

    Plaintiffs,

v.                                        CASE NO.: 4:10cv486-SPM/WCS

LISA ECHEVERRI, et al.,

    Defendants.
_____/

**ORDER EXTENDING TIME AND STAYING DEADLINES**

Upon consideration of the parties' unopposed motions concerning extensions of time to respond to the complaint and staying the deadlines in the initial scheduling order pending rulings on motions to stay and remand, it is

ORDERED AND ADJUDGED:

1. The motions for extension of time to respond (docs. 36 and 39) are granted. Transocean shall have 5 days after a ruling on the motion to stay to respond to the amended complaint. HHI shall 30 days after a ruling on the motion to stay to respond to the amended complaint.

2. The motions to stay the initial scheduling order (docs. 40 and 42) are granted. The deadlines in the initial scheduling order are stayed.

DONE AND ORDERED this 4th day of January, 2010.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge