IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL, et al.,

    Plaintiffs,

v.                                CASE NO.: 4:10cv486-SPM/WCS

LISA ECHEVERRI, et al.,

    Defendants.

_____/

**ORDER ACCEPTING STATE OF FLORIDA'S RESPONSE AS TIMELY FILED**

Upon consideration, Defendant State of Florida Department of Revenue's Motion for Extension of Time to Respond to Transocean Defendants' Motion to Stay Proceedings Pending MDL Panel's Transfer Ruling (doc. 48) is granted. The response (doc. 49) is accepted as timely filed.

SO ORDERED this 4th day of January, 2010.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         Chief United States District Judge