IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL, et al.,

    Plaintiffs,

v.                                  CASE NO.: 4:10cv486-SPM/WCS

LISA ECHEVERRI, et al.,

    Defendants.
_____/

**ORDER REMANDING CLAIMS AGAINST LISA ECHEVERRI AS EXECUTIVE DIRECTOR OF THE FLORIDA DEPARTMENT OF REVENUE**

    This cause comes before the Court on Defendant Florida Department of Revenue's motions to expedite and to dismiss or remand.  Docs. 26 and 27.  The Florida Department of Revenue maintains that it has not expressly consented to the removal of this case and has not waived its Eleventh Amendment Immunity.  Plaintiff agrees and states that any feature or claim relating to the Florida Department of Revenue should be remanded to the state court.  Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    Defendant Florida Department of Revenue's motion to expedite and alternative motion to remand (docs. 26 and 27) are granted.  The motion to dismiss (doc. 26) is denied as moot.

     2.     Plaintiffs' claims against Lisa Echeverri, as Executive Director of the Florida Department of Revenue, acting in her official capacity, are remanded to the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida.

     3.     The Court retains jurisdiction of the claims against the other defendants subject to Plaintiffs' motion to remand (doc. 23).

DONE ORDERED this 5th day of January, 2010.

     *s/ Stephan P. Mickle*
     Stephan P. Mickle
     Chief United States District Judge