UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT CARSWELL and JULIE CARSWELL,
Husband and Wife, KENT MCCOY and
JANNINE MCCOY, Husband and Wife,
and ROBERT HOWARD individually,
Individually and as Representatives of
similarly situated persons,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No. 4:10-CV-00486

LISA ECHEVERRI, as Executive
Director of the Florida Department of
Revenue, acting in her official capacity, and
BP, plc; BP PRODUCTS NORTH
AMERICA, INC.; BP AMERICA, INC.;
BP EXPLORATION AND PRODUCTION,
INC.; BP AMERICAN PRODUCTION
COMPANY; TRANSOCEAN, LTD.;
et al,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS ACTION AS TO CERTAIN DEFENDANTS

Plaintiffs, by and through their undersigned counsel and pursuant to Rules 41(a) and 23(e), Fed.R.Civ.P., move for an order approving the voluntary dismissal of the above styled action as to the following named defendants without prejudice:

TRITON ASSET LEASING GMBH

CAMERON INTERNATIONAL CORPORATION

ANADARKO PETROLEUM CORPORATION

ANADARKO E & P COMPANY, LP

MOEX OFFSHORE 2007 LLC

M-I LLC

DRIL-QUIP INC.

MITSUI OIL EXPLORATION

HYUNDAI HEAVY INDUSTRIES CO LTD INC.

and in support hereof would show:

1. The above styled action has not yet been certified as a class action.

2. The Presidentially appointed Commission on the BP Deepwater Horizon Oil Spill And Offshore Drilling (Oil Spill Commission) released its report on January 11, 2011 in which it summarized its findings as follows:

> **SUMMARY: The Commission found that the deepwater Horizon disaster was foreseeable and preventable. Errors and misjudgments by three major oil drilling companies, - BP, Halliburton, and Transocean – played key roles in the disaster. Government regulation was ineffective, and failed to keep pace with technology advancements in offshore drilling.**

3. In view of the aforementioned findings of the Oil Spill Commission and the governing law of Florida, the dismissal of this action as to the above designated defendants is fair, reasonable and adequate in keeping with the best interests and ultimate concerns of any and all putative classes and class members in this matter.

4. No agreement has been made with Plaintiffs in connection with the action proposed by this motion.

5. This motion is _not_ intended to dismiss the above styled action as to defendants LISA ECHEVERRI, BP PLC, BP PRODUCTS NORTH AMERICAN INC. BP AMERICA INC, BP EXPLORATION AND PRODUCTION INC, BP AMERICAN PRODUCTION COMPANY, TRANSOCEAN LTD, TRANSOCEAN OFFSHORE DEEPWATER DRILLING

INC, TRANSOCEAN DEEPWATER, INC, TRANSOCEAN HOLDINGS LLC, and HALLIBURTON ENERGY SERVICES, INC.

WHEREFORE, Plaintiffs request that the Court enter its Order approving the voluntary dismissal of this action as to the defendants TRITON ASSET LEASING GMBH, CAMERON INTERNATIONAL CORPORATION, ANADARKO PETROLEUM CORPORATION, ANADARKO E & P COMPANY, LP, MOEX OFFSHORE 2007 LLC, M-I LLC, DRIL-QUIP INC., MITSUI OIL EXPLORATION and HYUNDAI HEAVY INDUSTRIES CO LTD INC. without prejudice.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

As required by Local Rule 7.1, counsel for the plaintiffs has contacted counsel for defendants which they purpose to dismiss and counsel has indicated that they have no objection.

### MEMORANDUM OF LAW

But for the fact that this action is brought as a class action, Plaintiffs believe they could voluntarily dismiss this action as to certain defendants without prejudice under the authority conferred by Rule 41(a) Fed.R.Civ.P. However, to the extent such authority is in anyway constricted by the provisions of Rule 23 as to non-certified class actions, Plaintiffs believe and submit that an order of the court approving such dismissal is appropriate.

In view of the findings of the Oil Spill Commission, which are published at www.oilspillcommission.gov/final-report and summarized as reflected above, Plaintiffs submit the dismissal of the above named ancillary defendants is in keeping with the best interests and concerns of the putative class and class members.

Dated this ___ day of January 2011.

/s/ William C. Owen
William C. Owen, Esq.
William C. Owen, LLC
241 Pinewood Drive
Tallahassee, Florida 32303
Fla. Bar No. 105417
(850) 513-0600
(850) 877-2809 fax


Talbot D'Alemberte, Esq.
Patsy Palmer, Esq.
D'Alemberte & Palmer, PLLC
P.O. Box 10029
Tallahassee, Florida 32302
850-325-6292

Douglas S. Lyons, Esq.
Fla. Bar No. 128277
Marsha L. Lyons, Esq.
Fla. Bar No. 128281
Lyons & Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811
(850) 222-5583 fax

P. Tim Howard, Esq.
Howard & Associates, P.A.
1471 Timberlane Road
Suite 115
Tallahassee, Florida 32312
(850) 298-4455
(850) 216-2537 fax

James G. Feiber, Jr., Esq.
Salter Feiber Murphy Hutson
 & Menet P.A.
P. O. Box 357399
Gainesville, Florida 32635
(352) 37608201
(352) 376-7996 Fax

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this ____ day of January 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ William C. Owen
William C. Owen